# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHELSEA GRIMES

VERSUS

CITY OF BATON ROUGE, THROUGH
THE BATON ROUGE RECREATION
AND PARK COMMISSION, ANGEL
JOHNSON, AND JAMAAL LOFTIN

NO.  2024 CW 0505

**JULY 15, 2024**

---

In Re:    The Recreation and Park Commission for the Parish of
          East Baton Rouge, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          696376.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.**    This  writ  is  dismissed  pursuant  to
correspondence  from  relator  that  the  parties  have  reached  an
agreement to compromise plaintiff's claims.

                    **EW**
                    **CHH**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
          FOR THE COURT